United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SHARMIN SAEIDI, "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:26-CV-00114 |
| PAMELA JO BONDI, *et al.,* "Respondents," | § § § § | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 11) ("MSJ"), "Petitioner's Motion to Expedite Ruling" (Dkt. No. 13) ("Motion to Expedite"), "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 14) ("Report and Recommendation"), and "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 15) ("Objections").

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 14) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**, Respondents' MSJ (Dkt. No. 11) is **GRANTED**, and Petitioner's Motion to Expedite (Dkt. No. 13) is **DENIED** as moot. The Clerk of Court is **ORDERED** to close the case.

SIGNED this August 4, 2026

Rolando Olvera
United States District Judge